ALFRED H. BENJAMIN v. MEXICAN PETROLEUM CORPORATION.— Motion denied,

49

with ten dollars costs. Present — Clarke, P. J., Merrell, Finch, Martin and Burr, JJ.